# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA PERRY, | ) | 4:18CV3128 |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| ZOETIS LLC, | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation (filing 17) filed on December 18, 2018, by Magistrate Judge Michael D. Nelson, who recommends that the plaintiffs' motion to remand (filing 8) be denied.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Nelson has correctly found the facts and applied the law. His findings and recommendation therefore will be adopted and the plaintiff's motion to remand will be denied.

Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 17) are adopted.

2. The plaintiff's motion to remand (filing 8) is denied.

DATED this 10th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge