# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA PERRY,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**ZOETIS LLC,**<br><br>　　　　　　**Defendant.** | 4:18CV3128<br><br>**AMENDED**<br>**FINAL PROGRESSION ORDER** |

　　　　This matter comes before the Court on the Joint Stipulation for Extension ([Filing No. 30](#)). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

　　　　**IT IS ORDERED** that the final progression order is as follows:

1)　　The jury trial of this case set to commence on **February 10, 2020**, is hereby cancelled, and will be reset at a later date.

2)　　The Pretrial Conference is scheduled before the undersigned magistrate judge on **May 4, 2020**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **April 27, 2020**.

3)　　A telephonic conference to discuss the status of case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **December 20, 2019**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4)　　The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **December 13, 2019**. Motions to compel discovery under Rules 33, 34, and 36 must be filed by **December 13, 2019**.
　　　**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5)　　The deposition deadline is **December 13, 2019**.

6)　　The deadline for filing motions to dismiss and motions for summary judgment is **January 24, 2020**.

7)　　The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **October 29, 2019**.

8) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of September, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge