# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA PERRY, | |
| Plaintiff, | 4:18CV3128 |
| vs. | |
| ZOETIS LLC, | ORDER |
| Defendant. | |

This matter is before the Court following a telephone conference held with counsel for the parties on December 20, 2019. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED** as follows:

1) The pretrial conference is cancelled and will be rescheduled at a later date.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **February 7, 2020**.

3) Within 7-days after the Court rules on all dispositive motions the parties shall contact chambers of the undersigned magistrate judge to schedule a telephone conference to discuss settlement status and the scheduling of a pretrial conference and trial.

Dated this 20th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge