IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA PERRY, | 4:18CV3128 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| ZOETIS LLC, | |
| Defendant. | |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that Plaintiff's action is dismissed with prejudice.

Dated this 20th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge