IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA PERRY, | ) | 4:18CV3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| vs. | ) | and |
| | ) | CERTIFICATE OF SERVICE |
| ZOETIS LLC, | ) | |
| Defendant. | ) | |

Notice is hereby given that Barbara Perry, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order (Doc # 84) and Final Judgment (Doc #85) entered in this action on the 20th day of May, 2020, which granted Defendant's Motion for Summary Judgment and dismissed the above noted matter with prejudice.

By: s/Kathleen M. Neary_____
Bar Number: 20212
Attorney for Plaintiff
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
Telephone: (402) 474-8000
Fax: (402) 474-5006
E-mail: kathleen@vpowerslaw.com

CERTIFICATE OF SERVICE

Now on this 16th day of June, 2020 the undersigned certifies that she filed the above and foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF case management system which sent notice to all counsel of record.

s/Kathleen M. Neary_____
Kathleen M. Neary    NSBA  20212